# First District Court of Appeal
## State of Florida

_____

No. 1D18-3952
_____

DAVID MOORE DRYWALL INC.,

  Appellant,

  v.

DEPARTMENT OF FINANCIAL
SERVICES, DIVISION OF
WORKERS' COMPENSATION,

  Appellee.

_____

On appeal from a final order of the Department of Financial
Services.

May 22, 2019


PER CURIAM.

  AFFIRMED. *Aleong v. State, Dep't of Bus. & Prof'l Regulation*,
963 So. 2d 799 (Fla. 4th DCA 2007); *Cann v. Dep't of Children &
Family Servs.*, 813 So. 2d 237 (Fla. 2d DCA 2002).

WOLF, BILBREY, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Arthur I. Jacobs, Richard J. Scholtz, and Douglas A. Wyler of Jacobs Scholz & Wyler, LLC, Fernandina Beach, for Appellant.

Samuel Gilot, Senior Attorney, and Dustin William Metz, Executive Senior Attorney, Department of Financial Services, Tallahassee, for Appellee.